# CERTIFICATE OF TITLE

Form 79-001-11-7-1-000

## STATE OF MISSISSIPPI

**ORIGINAL**

| VEHICLE IDENTIFICATION NUMBER | MAKE | YEAR | MODEL | BODY | TITLE NUMBER |
|---|---|---|---|---|---|
| SCA664S55CUX50703 | ROL | 2012 | GOS | 4D | G947322-01 |

| TITLE DATE | DATE OF FIRST SALE FOR USF NEW ONLY | NO. CYL. | NEW / USED | TYPE OF VEHICLE | PASS. OR GVW |
|---|---|---|---|---|---|
| 06242014 | | 12 | X | PASS | 000 |

ODOMETER - TENTHS NOT INCLUDED

057972

ACTUAL MILEAGE

OWNER
WOOD THOMAS GORDON
270 HIGHPOINT DR
DIAMONDHEAD   MS 39525

1ST LIENHOLDER (OR OWNER IF NO LIEN)
T D AUTO FINANCE LLC
P O BOX 997551
SACRAMENTO   CA 95899

DATE:
MONTH | DAY | YEAR
05/10/2014

2ND LIENHOLDER

DATE:
MONTH | DAY | YEAR

LIEN SATISFACTION: THE UNDERSIGNED HOLDER OF ABOVE DESCRIBED LIEN(S) ON THE MOTOR VEHICLE DESCRIBED HEREON HEREBY ACKNOWLEDGES SATISFACTION THEREOF.

1ST LIEN  TD Auto Finance LLC    BY _____ (SIGNATURE AND TITLE) **AGENT**
         (LIENHOLDER)

THIS _____ DAY OF **NOV 24 2014** 20 ___

2ND LIEN _____  BY _____
         (LIENHOLDER)                (SIGNATURE AND TITLE)

THIS _____ DAY OF _____ 20 ___

IN WITNESS WHEREOF I HAVE HEREUNTO SET MY HAND THIS

THE  24  DAY OF  JUNE   20 14
14174020673          00269

CONTROL NUMBER
21019141

DEPARTMENT OF REVENUE

The Mississippi Department of Revenue hereby certifies that on application duly made, the person named herein is registered by this office as the lawful owner of the vehicle described subject to the liens or security interests as may subsequently be filed with the Department of Revenue. This certificate of title is issued pursuant to the Mississippi Motor Vehicle Title Law, Section 63-21-1, Mississippi Code of 1972, and subject to the provisions thereof.

**VOID IF ALTERED**

***NOTICE: AN*** 
Federal and State Law requires that you state the mileage in connection with the transfer of ownership. Failure to complete, or providing a false statement, may result in fines and/or imprisonment.

## ASSIGNMENT OF TITLE BY REGISTERED OWNER

Name: Gold Coast Exotic   Address: 834 N Rush St Chicago, IL 60611

"I certify to the best of my knowledge that the odometer reading is the actual mileage of the vehicle unless one of the following statements is checked."

ODOMETER READING (No Tenths): 55905

CAUTION: READ CAREFULLY BEFORE YOU CHECK A BLOCK
☐ 1. The mileage stated is in excess of its mechanical limits.
☐ 2. The odometer reading is not the actual mileage. WARNING - ODOMETER DISCREPANCY

SELLER:
Signature(s): Thomas Gordon Woods   Printed Name(s): Thomas Gordon Woods   Date of Sale: 5-18-19

BUYER:
Signature(s): M Ramis Avi   Printed Name(s): M Ramis Avi

## FIRST RE-ASSIGNMENT BY LICENSED DEALER

Name: Mahreen Husain   Address: 6012 W 142nd Street Overland Park, KS 66223

ODOMETER READING (No Tenths): 55929

DEALER OR AGENT:
Signature(s): Pat Mendz [GOLD COAST EXOTIC IMPORTS]   Printed Name(s): Patricia Mendiz   Date of Sale: 7/15/19

BUYER:
Signature(s): _____   Printed Name(s): _____

## SECOND RE-ASSIGNMENT BY LICENSED DEALER

Name: _____   Address: _____

ODOMETER READING (No Tenths): _____

DEALER OR AGENT:
Signature(s): _____   Printed Name(s): _____   Date of Sale: _____

BUYER:
Signature(s): _____   Printed Name(s): _____

## THIRD RE-ASSIGNMENT BY LICENSED DEALER

Name: _____   Address: _____

ODOMETER READING (No Tenths): _____

DEALER OR AGENT:
Signature(s): _____   Printed Name(s): _____   Date of Sale: _____

BUYER:
Signature(s): _____   Printed Name(s): _____

## LIENHOLDER TO BE SHOWN ON NEW TITLE

Lien in favor of _____

whose address is _____

MAHREEN HUSAIN — CUSTOMER'S NAME

R570B — STOCK NO.

## ODOMETER DISCLOSURE STATEMENT

Federal law (and State law, if applicable) requires that you state the mileage upon transfer of ownership. Failure to complete or providing a false statement may result in fines and/or imprisonment.

I, __GOLD COAST EXOTIC IMPORTS LLC__ (transferor's name, Print)

state that the odometer now reads __55929__ (no tenths) miles and to the best of my knowledge that it reflects the actual mileage of the vehicle described below, unless one of the following statements is checked.

☐ (1) I hereby certify that to the best of my knowledge the odometer reading reflects the amount of mileage in excess of its mechanical limits.

☐ (2) I hereby certify that the odometer reading is NOT the actual mileage. WARNING - ODOMETER DISCREPANCY.

| MAKE | MODEL | BODY TYPE |
|---|---|---|
| ROLLS ROYCE | Ghost | SD |

| VEHICLE IDENTIFICATION NUMBER | YEAR |
|---|---|
| SCA664S55CUX50703 | 2012 |

X _[signature]_
TRANSFEROR'S SIGNATURE

GOLD COAST EXOTIC IMPORTS LLC
PRINTED NAME

834 N RUSH ST
TRANSFEROR'S ADDRESS (STREET)

CHICAGO — CITY | IL — STATE | 60611 — ZIP CODE

07/15/2019
DATE OF STATEMENT

X _Mee Draxy as agent_
TRANSFEREE'S SIGNATURE

MAHREEN HUSAIN
PRINTED NAME

MAHREEN HUSAIN
TRANSFEREE'S NAME

6012 W 142ND STREET
TRANSFEREE'S ADDRESS (STREET)

OVERLAND PARK — CITY | KS — STATE | 66223 — ZIP CODE

ILAW FORM NO. ODOM-103-N (REV. 3/13)
©2013 The Reynolds and Reynolds Company  CC723925 Q (11/14)
THE PRINTER MAKES NO WARRANTY, EXPRESS OR IMPLIED, AS TO CONTENT OR FITNESS FOR PURPOSE OF THIS FORM. CONSULT YOUR OWN LEGAL COUNSEL.