**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

MICHAEL REAZUDDIN ) 

    Plaintiff, )

v. )    Case No. 22-cv-03643

GOLD COAST EXOTIC IMPORTS, LLC, )    Judge Pacold
JOSEPH J. PERILLO, MIR IMAD KHAN, )    Magistrate Judge Cox
SALEEM BEG, PATRICIA MENDEZ and )
JOSEPH ABBAS And JOHN DOES )
NUMBERS 1-5 )
 )
 )
 )
    Defendant. )

**FILED**

AUG 16 2022

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

JK

## PLAINTIFF'S OBJECTION TO MOTION TO WITHDRAW AS ATTORNEY OF RECORD

    COME NOW Plaintiff Michael Reazuddin, and files his objection to Eydie R. Vanderbosch, Esq. Motion to Withdraw as Attorney of Record and as good grounds therefore shall state as follows:

    1.    Counsel has entered into contract with Plaintiff as Eydie R. Vanderbosch Esq. Legal & Consulting Services, LLC, an Illinois limited liability company (Exhibit-A) and has engaged to provide legal services as a corporate entity, has made court appearances and executed court documents and has represented herself to the public at large as an LLC dispensing legal services in violation of 705 ILCS 220 § 1 and § 4 of the Corporation Practice of Law Prohibition Act. She cannot, now, seek assistance of this court to redress her grievances. The purpose of LLC she stated is to insulate herself from law practice liability and disciplinary actions from regulatory body (a misbelief). But this court has authority to seek lawful compliance from its officers in order to protect the dignity and integrity of the court.

2.      Further, Counsel has failed to provide Notice to Plaintiff of the Motion to Withdraw as required pursuant to Il. Sup. Ct. R 13(c)(2). Plaintiff was alerted by a third party to the filing in the Court Docket and obtained a Certificate of Service with the Notification of Party Contact Information. The Motion to Withdraw and its appendages were mailed to a City of "Overland", a City located in the neighboring State of Missouri whereas Plaintiff's address is City of "Overland Park" in Kansas. As of the date of this pleading the Mail has not been redirected to Plaintiff's correct address. Therefore, Notice pursuant to Rule 13(c)(2) remains deficient.

3.      Furthermore, on August 11, 2022, Counsel has engaged in theft of funds from Plaintiff's Bank Account using Plaintiff's Debit Card Number to manually process payments through Counsel's LawPay Account in the total amount of $7,053.45. (Exhibit-B) The auto generated emails from LawPay to Plaintiff conclusively proves that the three LawPay fraudulent transactions were initiated by Counsel for the unauthorized taking of money from Plaintiff's Bank Account without his knowledge and consent and was confirmed by LawPay. Reports of fraud have been filed with LawPay, Attorney Registration and Disciplinary Commission (ARDC), the Attorney General's Office and the Chicago Police Department. Any order of withdrawal as counsel should be conditioned upon disgorging the ill-gotten gains through restitution to Plaintiff.

4.      Counsel has not completed the terms of the engagement agreement she signed up for being aware of its scope. The terms of such agreement required representation in pretrial litigation, filing the complaint, conducting written and oral discovery, Court appearances for hearings, motions, briefs, trial, prove-up damages and complete such additional specific matters as required. The complaint was filed on July 13, 2022, and none of the defendants have been served yet. If service of process is not timely effected in the next few weeks, the probability of dismissal becomes imminent, and refiling of the complaint will be time barred. Therefore, any order to withdraw as Counsel must be conditioned that Counsel ensure that service of process accomplished unless Plaintiff is able to engage substitute Counsel

prior to such an event.

5.      After having raided Plaintiff's Bank Account in unauthorized taking of $7,053.45, Counsel in her motion to withdraw alleges Plaintiff has failed to meet his obligation as to expenses or fees. Substantial payments were made (although inconsistent with the meager result obtained) in reliance on Counsel's repeated assurances that billing hours were discounted since majority of the research, drafting of complaint and investigative work were either undertaken by Plaintiff and/or outsourced and paid for by Plaintiff. At the behest of Plaintiff's accountant, Plaintiff discovered large amounts of overbilling by double staffing, block entries, generic descriptions, and padded hours. Plaintiff's request to review, resolve and offer to settle the overbilling was met with Counsel's invectives and expletives and the instant filing for withdrawal as attorney of record. Counsel effort is to abandon responsibility and evade refund for overbilled payments and money obtained through fraud.

6.      Counsel has further sent extortionate email that all documents, pleadings, communications with agencies and litigation related documents will be withheld as "attorney's work product" until payment is received notwithstanding that no payments are owed and a refund for overbilled payments are due back to Plaintiff together with the money ($7,053.45) obtained by fraud. Ill. Sup. Ct. R. 1.16(d) states, "Upon termination of representation, a lawyer shall take steps to the extent reasonably practicable to protect a client's interests, such as giving reasonable notice to the client, allowing time for employment of other counsel, surrendering papers and property to which the client is entitled and refunding any advance payment of fee or expense that has not been earned or incurred". Any order of withdrawal by this Court relieving Counsel as attorney of record should be conditioned in accordance with the requirement of this rule.

WHEREFORE, Plaintiff respectfully request that if this Court is inclined to enter an Order granting Counsel's Motion to Withdraw prior to Plaintiff availing the services of a substitute Counsel then such Order should comport with Ill. Sup. Ct. R. 1.16(d) and require Counsel take

following remedial steps to prevent prejudice and irreparable damage to Plaintiff and his pending

litigation before this court:

(a)  Continue representation for 45 days to allow Plaintiff time to obtain substitute Counsel.

(b)  Ensure that all Defendants are served with summons and complaints within specified time for service of such pleading to prevent dismissal of complaint.

(c)  Return to Plaintiff his entire file including but not limited to documents, pleadings, complaints, orders, summons, communications with agencies or third parties and all related litigation documents and property in possession of Counsel or any third parties known to Counsel.

(d)  Agree to discuss, review and settle any overbilled charges with Plaintiff.

(e)  Return to Plaintiff $7,053.45 obtained by fraud from Plaintiff's Bank Account as funds are necessary to hire new Counsel and prevent financial hardship.

and for such other and further relief as this court deems equitable to which Plaintiff may be justly

entitled.

Respectfully submitted,

Michael Reazuddin
6012 W 142nd Street
Overland Park, KS 66223
(714) 944-7280

PLAINTIFF *pro se*

# EXHIBIT-A



Office of the Secretary of State Jesse White
ilsos.gov

# Corporation/LLC Search/Certificate of Good Standing

## LLC File Detail Report

| | |
|---|---|
| File Number | 08520054 |
| Entity Name | EYDIE R. VANDERBOSCH, ESQ.- LEGAL & CONSULTING SERVICES, LLC |
| Status | ACTIVE |

### Entity Information

Principal Office
323 WILDFLOWER ST
DES PLAINES, IL 600160000

Entity Type
LLC

Type of LLC
Domestic

Organization/Admission Date
Monday, 2 March 2020

Jurisdiction
IL

Duration
PERPETUAL

### Agent Information

Name
EMILY AGOSTO

Address
3639 N SACRAMENTO AVE
CHICAGO , IL 60618

Change Date
Monday, 2 March 2020


## Annual Report

For Year
2022

Filing Date
Friday, 28 January 2022


## Managers

Name
Address
VANDERBOSCH, EYDIE R.
323 WILDFLOWER ST
DES PLAINES, IL 60016


## Series Name

NOT AUTHORIZED TO ESTABLISH SERIES


Return to Search

File Annual Report

Adopting Assumed Name

Articles of Amendment Effecting A Name Change

Change of Registered Agent and/or Registered Office

# EXHIBIT-B

 **Mike Reazuddin <mikereazuddin@gmail.com>**

# Payment Receipt from Eydie R. Vanderbosch, Esq. - Legal and Consulting Services, LLC. for $3,731.50

1 message

**Eydie R. Vanderbosch, Esq. - Legal and Consulting Services, LLC.** <receipts@lawpay.com>
Reply-To: "Eydie R. Vanderbosch, Esq. - Legal and Consulting Services, LLC." <eydie@ervjd.com>
To: mikereazuddin@gmail.com

Thu, Aug 11, 2022 at 9:06 AM



EYDIE R. VANDERBOSCH, ESQ.
LEGAL AND CONSULTING SERVICES

## Payment Receipt                                         **$3,731.50**

**Eydie R. Vanderbosch, Esq. - Legal and Consulting Services, LLC.**
10 South Riverside Plaza
Suite 875
Chicago, Illinois 60606
(312) 523-5299

**Account Holder**
MIKE REAZUDDIN
6012 W 142nd Street
Overland Park, Kansas 66223

## Payment Summary

| | | | |
|---|---|---|---|
| **Account:** | Trust | **Amount Paid:** | $3,731.50 |
| **Reference:** | Invoice 623 | **Payment Method:** | VISA |
| | | **Card Number:** | ************5275 |
| | | **Entry Mode:** | Manual |
| | | **Auth Code:** | 010610 |
| | | **Payment Date:** | August 11, 2022 09:06 am |
| | | **Transaction Id:** | 69057280 |

 LawPay

ervjd.com/
eydie@ervjd.com

 Gmail

**Mike Reazuddin <mikereazuddin@gmail.com>**

# Payment Receipt from Eydie R. Vanderbosch, Esq. - Legal and Consulting Services, LLC. for $2,434.40

1 message

**Eydie R. Vanderbosch, Esq. - Legal and Consulting Services, LLC.** <receipts@lawpay.com>
Reply-To: "Eydie R. Vanderbosch, Esq. - Legal and Consulting Services, LLC." <eydie@ervjd.com>
To: mikereazuddin@gmail.com

Thu, Aug 11, 2022 at 9:10 AM



EYDIE R. VANDERBOSCH, ESQ.
LEGAL AND CONSULTING SERVICES

**Payment Receipt**                                                        **$2,434.40**

**Eydie R. Vanderbosch, Esq. - Legal and Consulting Services, LLC.**
10 South Riverside Plaza
Suite 875
Chicago, Illinois 60606
(312) 523-5299

**Account Holder**
MIKE REAZUDDIN
6012 W 142nd Street
Overland Park, Kansas 66223

**Payment Summary**

| | | | |
|---|---|---|---|
| **Account:** | Trust | **Amount Paid:** | $2,434.40 |
| **Reference:** | 598 Remaining balance | **Payment Method:** | VISA |
| | | **Card Number:** | ************5275 |
| | | **Entry Mode:** | Manual |
| | | **Auth Code:** | 031010 |
| | | **Payment Date:** | August 11, 2022 09:10 am |
| | | **Transaction Id:** | 69057542 |

 LAWPAY

ervjd.com/
eydie@ervjd.com

 Gmail

**Mike Reazuddin <mikereazuddin@gmail.com>**

# Payment Receipt from Eydie R. Vanderbosch, Esq. - Legal and Consulting Services, LLC. for $887.55

1 message

**Eydie R. Vanderbosch, Esq. - Legal and Consulting Services, LLC.** <receipts@lawpay.com>
Reply-To: "Eydie R. Vanderbosch, Esq. - Legal and Consulting Services, LLC." <eydie@ervjd.com>
To: mikereazuddin@gmail.com

Thu, Aug 11, 2022 at 9:03 AM



EYDIE R. VANDERBOSCH, ESQ.
LEGAL AND CONSULTING SERVICES

## Payment Receipt

## $887.55

**Eydie R. Vanderbosch, Esq. - Legal and Consulting Services, LLC.**
10 South Riverside Plaza
Suite 875
Chicago, Illinois 60606
(312) 523-5299

**Account Holder**
MIKE REAZUDDIN
6012 W 142nd Street
Overland Park, Kansas 66223

## Payment Summary

| | | | |
|---|---|---|---|
| **Account:** | Trust | **Amount Paid:** | $887.55 |
| **Reference:** | Invoice 598 | **Payment Method:** | VISA |
| | | **Card Number:** | ************5275 |
| | | **Entry Mode:** | Manual |
| | | **Auth Code:** | 010310 |
| | | **Payment Date:** | August 11, 2022 09:03 am |
| | | **Transaction Id:** | 69057204 |

 POWERED BY
LawPay

ervjd.com/
eydie@ervjd.com







ORIGIN ID:IXDA (000) 000-0000
MIRZA RERZIDDIN
6012 W 142ND ST

OVERLAND PARK, KS 66223
UNITED STATES US

TO CLERK OF COURT
EASTERN DIVISION/U.S DISTRICT COUR
219 S. DEARBORN STREET

CHICAGO IL 60604
(312) 435-5670

TRK# 2768 1261 1260

XN CHIA

TUE — 16 AUG 10:30A
PRIORITY OVERNIGHT

60604
IL-US ORD

FedEx
Express

E