


SMB

AO 154 (10/03) Substitution of Attorney

# UNITED STATES DISTRICT COURT

Northern District of Illinois

Michael Reazuddin
Plaintiff (s),
V.
Gold Coast Exotic Imports, LLC et al
Defendant (s),

**CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY**

**CASE NUMBER:** 1:2022cv03643

Notice is hereby given that, subject to approval by the court, Michael Reazuddin (Party (s) Name) substitutes Justin W. Heeg (Name of New Attorney), State Bar No. 6336023 as counsel of record in place of Eydie Vanderbosch (Name of Attorney (s) Withdrawing Appearance)

Contact information for new counsel is as follows:

Firm Name: Heeg Law Offices, PLLC
Address: 111 N. Wabash Ave. Ste. 100 Chicago, IL 60602
Telephone: (312) 900-0218 Facsimile
E-Mail (Optional): justin@heeglawoffices.com

I consent to the above substitution.
Date: 9/7/22

[signature]
(Signature of Party (s))

I consent to being substituted.
Date:

(Signature of Former Attorney (s))

I consent to the above substitution.
Date: 8/30/2022

[signature]
(Signature of New Attorney)

The substitution of attorney is hereby approved and so ORDERED.

Date:

Judge

**[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]**