# PURCHASE ORDER FOR MOTOR VEHICLE
## Gold Coast Exotic Imports, LLC
830 North Rush Street • Chicago, IL 60611
Phone: 312-280-4848   Fax: 312-280-9910
Email: sales@bentleygoldcoast.com

Salesperson Name: KHAN, MIR

Please enter my order for: ☐ New/Demo   ☒ Used

| YEAR | MAKE | MODEL | MILES |
|---|---|---|---|
| 2012 | ROLLS ROYCE | Ghost | 55929 |
| VIN: SCA664S55CUX50703 | | COLOR: BLUE | |

DEAL # 251717   CUST # 507282
R570B   07/15/2019

CUSTOMER NAME (S): MAHREEN HUSAIN
STREET ADDRESS: 6012 W 142ND STREET
CITY, STATE, ZIP: OVERLAND PARK KS 66223
RES. PHONE: (714) 944-7280
BUSINESS PHONE:

| | Amount |
|---|---|
| CASH PRICE | 98000.00 |
| TODAY YOUR TRADE ALLOWANCE IS | N/A |
| CASH DIFFERENCE - AMOUNT TAXABLE | 98000.00 |
| KS STATE SALES TAX | N/A |
| COUNTY SALES TAX | N/A |
| LICENSE AND TITLE FEES | 50.00 |
| DOCUMENTARY SERVICE FEE | 179.81 |
| SHIPPING | N/A |
| PLUS PAYOFF ON TRADE-IN | N/A |
| TOTAL CASH PRICE | 98229.81 |
| | N/A |
| | N/A |
| | N/A |
| | N/A |
| TOTAL DUE - | 98229.81 |

NEW CARS EQUIPPED PER FACTORY WINDOW STICKER:
DEALER INSTALLATION ITEMS OR PROMISES MADE:

No dealer installed Equip

Mir Derkaddy as agent

| SETTLEMENT | DATE | RECEIPT NO. |
|---|---|---|
| DEPOSIT | | N/A |
| DEPOSIT | | N/A |
| DEPOSIT | | N/A |
| DEPOSIT | | N/A |
| DEPOSIT | | N/A |
| CASH ON DELIVERY | | 98229.81 |
| AMOUNT FINANCED | | N/A |
| OVERPAYMENT | | N/A |
| TOTAL SETTLEMENT | | 98229.81 |

Listed below are all oral representations or statements made by salesperson or any Dealer personnel about the Vehicle that are important to buyer/seller in deciding on this transaction.

DESCRIPTION OF TRADE-IN

| Year | Make | Miles |
|---|---|---|
| Model | | VIN |

TRADE-IN PAYOFF TO -
ADDRESS:
AMOUNT:   GOOD UNTIL:

## NOTHING PROMISED OR OWED TO CUSTOMER UNLESS IN WRITING

X _Mir M Derkaddy as agent_   X _____   X _____   X _____
Customer Signature         Customer Signature   Customer Signature   Customer Signature

THE REQUIRED INFORMATION, AND OTHER DISCLOSURES CONTAINED ON THE RETAIL INSTALLMENT CONTRACT ARE A PART OF THIS ORDER.

BY SIGNING THIS ORDER, CUSTOMER ACKNOWLEDGES HAVING READ THE FRONT AND BACK OF THIS DOCUMENT, AND RECEIVED COPIES, WHERE RELEVANT OF THE **CUSTOMER PROTECTION NOTICE, IMMEDIATE DELIVERY RIDER, ARBITRATION PROVISIONS AND POWER OF ATTORNEY**, AND AGREE THAT THEY ARE PART OF THIS ORDER.

Listed below are all oral representations or statements made by salesperson or any Dealer personnel about the Vehicle that are important to buyer/seller in deciding on this transaction.

| TOTAL DUE - | | | 98229 | 81 |
|---|---|---|---|---|
| SETTLEMENT | DATE | RECEIPT NO. | | |
| DEPOSIT | | | N/A | |
| DEPOSIT | | | N/A | |
| DEPOSIT | | | N/A | |
| DEPOSIT | | | N/A | |
| DEPOSIT | | | N/A | |
| CASH ON DELIVERY | | | 98229 | 81 |
| AMOUNT FINANCED | | | N/A | |
| OVERPAYMENT | | | N/A | |
| TOTAL SETTLEMENT | | | 98229 | 81 |

| DESCRIPTION OF TRADE-IN | | | |
|---|---|---|---|
| Year | Make | | Miles |
| Model | | VIN | |
| TRADE-IN PAYOFF TO - | | | |
| ADDRESS: | | | |
| AMOUNT: | | GOOD UNTIL: | |

**NOTHING PROMISED OR OWED TO CUSTOMER UNLESS IN WRITING**

X _My M Rexraddy as agent_    X _as agent_    X _____    X _____
Customer Signature    Customer Signature    Customer Signature    Customer Signature

THE REQUIRED INFORMATION, AND OTHER DISCLOSURES CONTAINED ON THE RETAIL INSTALLMENT CONTRACT ARE A PART OF THIS ORDER.

BY SIGNING THIS ORDER, CUSTOMER ACKNOWLEDGES HAVING READ THE FRONT AND BACK OF THIS DOCUMENT, AND RECEIVED COPIES, WHERE RELEVANT OF THE **CUSTOMER PROTECTION NOTICE, IMMEDIATE DELIVERY RIDER, ARBITRATION PROVISIONS AND POWER OF ATTORNEY,** AND AGREE THAT THEY ARE PART OF THIS ORDER.

**ALL INSTALLMENT PURCHASES NOT BINDING ON GOLD COAST EXOTIC IMPORTS, LLC, AND GOLD COAST EXOTIC IMPORTS, LLC SHALL NOT BE OBLIGATED TO EXTEND CREDIT UNTIL APPROVAL OF THE TERMS HEREOF IS GIVEN BY A FINANCING SOURCE WILLING TO PURCHASE A RETAIL INSTALLMENT CONTRACT BETWEEN THE PARTIES HERETO BASED ON SUCH TERMS.** In the event Gold Coast Exotic Imports, LLC is arranging financing customer agrees to provide us with a full, correct, and complete credit application, supporting documents and cooperate in obtaining financing. In the event Gold Coast Exotic Imports, LLC is unable to arrange financing on the terms disclosed in the retail installment contract, Gold Coast Exotic Imports, LLC shall cancel this Order.

**ONCE AGAIN, IF A SALESPERSON OR AGENT OF GOLD COAST EXOTIC IMPORTS, LLC PROMISED YOU ANYTHING – IT MUST BE NOTED IN THIS ORDER**

_Mike Rosaddey as agent_      Accepted By: _____
Customer's Signature      Gold Coast Exotic Imports, LLC Authorized Representative

PRIVACY NOTICE. In connection with your transaction, we may obtain information about you as described in this notice, which we handle as stated in this notice. This does not apply to information obtained in a non-financial transaction.

1. We collect nonpublic personal information about you from the following sources: information we receive from you on applications or other forms in connection with a financial transaction; information about your transactions with our affiliates, others; or us and information we receive from a consumer reporting agency.
2. We may disclose all of the information we collect, as described above, to companies that perform marketing services on our behalf or to other financial institutions with whom we have joint marketing agreements. We may make such disclosures about you for the sole purpose of receiving our paid service and not for marketing. Our paid service may have access to your information but will not use it for marketing.
3. We may also disclose nonpublic personal information about you to non-affiliated third parties as permitted by law, but not for marketing purposes.
4. We restrict access to nonpublic personal information about you to those employees who need to know that information to provide products or services to you. We maintain physical, electronic, and procedural safeguards that comply with federal regulations to guard your nonpublic personal information.

CUSTOMER ACKNOWLEDGEMENT: I (we) acknowledge that I (we) received a copy of this notice on the date indicated above.

_Mike Rosaddey as agent_      _____
Customer's Signature      Customer's Signature

The Reynolds and Reynolds Company    CC733603 Q (09/16)

This disclosure statement and the additional terms and conditions listed on this page are an integral part of your Order for the vehicle. Please read carefully, your failure to read the specific conditions is not a defense and you are legally and financially responsible for any false or inaccurate information. If you have signed or initiated any Riders, they are part of this Order.

1) Customer warrants that representations made herein are true and correct, and if false Customer agrees to indemnify Gold Coast Exotic Imports, LLC for the full actual amount of damage to Gold Coast Exotic Imports, LLC including court costs and legal fees.

2) No public liability insurance of any kind is being issued to Customer in connection with this Order. Customer warrants that insurance against loss or damage upon delivery of the Vehicle will be obtained for length of purchase.

3) Arbitration of disputes. Parties agree any claim or dispute, whether in contract, tort or otherwise, between customer and Gold Coast Exotic Imports, LLC (and their respective employees, agents, successors or assigns) which arise out of or relate to this vehicle purchase order, the application for, negotiation of, and financing for the vehicle, any dispute relating to any service contract, extended warranty or other product purchased is subject to arbitration under these provisions, or any resulting transaction or relationship shall be submitted to the American Arbitration Association of Chicago, Illinois or its successors conducted in accordance with the rules of the purchase order and shall be final and binding on the parties. Judgment on the award of the arbitrator will be enforced in any court of competent jurisdiction. The prevailing party in the arbitration shall be entitled to receive from the other party his/its reasonable legal fees and all other court costs.

4) POWER OF ATTORNEY. By signing this Order, customer grants a limited power of attorney to sign documents relating to the Vehicle on customer(s) behalf so that customer does not have to return to the dealership; these documents include license and title applications for the vehicle, the trade-in, request for payoff information on trade-in, and forms for incentives/rebates on the Vehicle. Gold Coast Exotic Imports, LLC will NOT execute original financing documents or any documents that would result in an additional charge to customer without customer permission.

5) Customer warrants that the Trade-In does not and never has had a "rebuilt", "salvage", "branded" or any other similar title, either in the state of current title, or in any other state, had a damaged or bent frame, incurred flood damage, or was in a damaged condition and rebuilt regardless of the status of the title or has filed in any state a claim for damages. Customer also warrants to Gold Coast Exotic Imports, LLC that the trade-in has not had any emissions, pollution control, and/or safety equipment removed, altered, modified, or disconnected, that any required service has been performed in accordance with the manufacturer's specifications. Furthermore, customer warrants and verifies that the nomenclature (name or number) has not been altered with or without customer knowledge.

6) Customer warrants that title is free and clear of all registered and unregistered liens or liens against the vehicle do not exceed the estimated payoff price. If liens exceed this estimated payoff amount customer shall be liable for any excess and payment will be due on demand. Customer warrants that the odometer on said motor vehicle has not been altered, tampered with, disconnected or replaced with or without customer knowledge, and that the odometer statement transferor signed is correct and hereby agrees to indemnify and hold seller harmless for any liability resulting from any odometer inconsistencies of which occurred prior to the delivery of said motor vehicle to Gold Coast Exotic Imports, LLC.

CC733603 Q