**Mahreen Husain**
1672 Granville Ct
Lawrenceville, GA 30043
Telephone (832) 206-8352

October 2, 2019

Gold Coast Exotic Imports LLC        <u>**CERTIFIED RETURN RECEIPT**</u>
AKA Bentley Gold Coast
834 N Rush Street
Chicago, Illinois 60611

**<u>NOTICE TO CEASE AND DESIST</u>**
THE USE OF NAME MAHREEN HUSAIN AND UNCONDITIONAL RETURN OF ANY & ALL PERSONAL INFORMATION, DOCUMENTS, IDENTIFICATIONS, PAPERWORK, CONTRACTS, ELECTRONIC OR ANY OTHER FORM BEARING MY NAME

It has come to my knowledge from MIRZA REAZUDDIN that Gold Coast Exotic Imports LLC also known as Bentley Gold Coast has improperly and without authority has used my name MAHREEN HUSAIN to process and transact the purchase of a Rolls Royce automobile by persuading, coaxing, cajoling and/or compelling Mr. REAZUDDIN to provide my name and personal information and act as my unauthorized agent in order for you to gain and financially benefit from the sale of high priced luxury automobile.

My name and all my personal information obtained by you from Mr. REAZUDDIN was without my permission and/or consent and neither did I authorize or permit Mr. REAZUDDIN to act as an agent on my behalf. As a licensed automobile dealer, you knew or should have known that an automobile sale purchase contract cannot be executed in absentia without verifiable written consent and authorized permission to act as an individual's agent. You neither verified any form of consent from me nor required any agency authority prior to executing the contract in my name.

Based on the foregoing I demand that you immediately cease the use of my name and unconditionally return at your expense any and all personal information, documents, identifications, contracts, paperwork, electronic or any other form bearing my name and personal information. If I have not received an affirmative response from you within ten days of the date of this letter indicating that you have fully complied with the requirements stated above then I shall seek any and all legal remedies available including filing of complaint under Article 16, Subdivision 15 of the Illinois Criminal Code and 18 U.S.C. Section 1028 of Federal Statute.

Sincerely,

*Mahreen Husain*
MAHREEN HUSAIN