## VEHICLE TRANSPORT CONFIRMATION

Christian Obrocia
Reliable Auto Transport
Chicago, Illinois.

    RE: Transport Pick for Gold Coast Exotic Imports, Chicago, IIL 60611
        2012 ROLLS ROYCE GHOST VIN# SCA664S55CUX50703

I, Christian Obrocia, of Reliable Auto Transport do hereby state that I have picked up the afore referenced vehicle from MIRZA (MIKE) REAZUDDIN at 6012 W. 142nd Street in Overland Park, Kansas on October 22, 2019. I understand that Reliable Auto Transport was engaged by Gold Coast Exotic Imports LLC for transport and shipping of this vehicle to Chicago, Illinois and shall be fully responsible for the shipping cost and any liability.

I have inspected the vehicle with Mike Reazuddin and have found no damages to the vehicle. The odometer reading of the vehicle at the time of pick up is 56,563 miles. I have also received two door umbrellas, all floor mats and the electronic remote key to the vehicle.

_____
Christian Obrocia
RELIABLE AUTO TRANSPORT