

**Mike Reazuddin <mikereazuddin@gmail.com>**

## 2012 Rolls Royce Ghost, vin: SCA664S55CUX50703
3 messages

**Mir Imad** <mir@bentleygoldcoast.com>　　　　　　　　　　Wed, Oct 16, 2019 at 4:36 PM
To: Mike Reazuddin <mikereazuddin@gmail.com>
Cc: Joe Abbas <joe@bentleygoldcoast.com>

Dear Mirza Reazuddin and Mahreen Husain,

You've indicated to Joe Abbas that you were not happy with the 2012 Rolls Royce Ghost that you purchased, As such, being that you did not put any miles on the vehicle you purchased from us. We are willing to take the vehicle back from you and refund you the money you have paid in full.

Please arrange to have the vehicle shipped to our facility so we may inspect the vehicle to confirm the condition to be the same as when we have sold it to you. Upon inspection we will exchange your refund for the vehicle title.

However please be informed that time is of the essence – and this offer must be done ASAP.

Please confirm your acknowledgement of this email to me.

Thank you,

## Mir Imad

Lamborghini & Bugatti Brand Manager

Gold Coast Exotic Imports LLC

Lamborghini Gold Coast