IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
COUNTY DEPARTMENT – LAW DIVISION

| | |
|---|---|
| MICHAEL REAZUDDIN, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 2020 L 011933 |
| | ) |
| GOLD COAST EXOTIC IMPORTS, LLC | ) |
| | ) |
| Defendants. | ) |

**ORDER**

This matter coming before the Court for hearing on Defendant's Motion to Stay Pending Arbitration, due notice being given, and the Court being advised in the premises, IT IS HEREBY ORDERED:

1. Following oral argument and for the reasons stated on the record, Defendant's Motion is granted the matter is referrable to private, binding arbitration; and
2. By separate order, this matter is transferable to the stay calendar.

DATED: _____

ENTERED: _____

*Prepared By:*
Alexander D. Marks (*amarks@burkelaw.com*)
Burke, Warren, MacKay & Serritella, P.C. (#41704)
330 N. Wabash Avenue, Suite 2100
Chicago, IL  60611-3607
(312) 840-7000 (telephone)
(312) 840-7900 (facsimile)
*Attorneys for Defendant*

Judge Michael F. Otto

JUN 3 2021

Circuit Court – 2065