| Assumed Name | Illinois Secretary of State Aliases of Gold Coast Owned and Managed by Joseph J. Perillo |
|---|---|
| ACTIVE | ALFA ROMEO OF CHICAGO |
| ACTIVE | GOLD COAST BENTLEY |
| ACTIVE | BENTLEY DOWNERS GROVE |
| ACTIVE | LAMBORGHINI DOWNERS GROVE |
| ACTIVE | ROLLS-ROYCE MOTOR CARS GOLD COAST OF CHICAGO |
| ACTIVE | BENTLEY CHICAGO |
| ACTIVE | BENTLEY GOLD COAST |
| ACTIVE | BUGATTI OF CHICAGO |
| ACTIVE | LAMBORGHINI OF CHICAGO |
| ACTIVE | MASERATI OF CHICAGO |