

## Business Licenses

Business licenses issued by the Department of Business Affairs and Consumer Protection in the...

| ID | LICENSE ... | ACCOUNT NUMBER | SITE NUMBER | LEGAL NAME | DOING BUSINE... |
|---|---|---|---|---|---|
| 2021104-201... | 2228716 | 350940 | 1 | GOLD COAST EXOTI... | Bentley |
| 2021104-201... | 2377836 | 350940 | 1 | GOLD COAST EXOTI... | Bentley |
| 2021104-201... | 2644728 | 350940 | 1 | GOLD COAST EXOTI... | Bentley |
| 2021104-201... | 2021104 | 350940 | 1 | GOLD COAST EXOTI... | Bentley |
| 2021104-201... | 2078624 | 350940 | 1 | GOLD COAST EXOTI... | Bentley |
| 2021104-201... | 2509565 | 350940 | 1 | GOLD COAST EXOTI... | Bentley |



## Business Licenses - Current Ac...

This dataset contains all current and active business licenses issued by the Department of...

| ID | LICENSE ... | ACCOUNT NUMBER | SITE NUMBER ↑ | LEGAL NAME | DOING BUSINE... |
|---|---|---|---|---|---|
| 2215094-201... | 2661478 | 338272 | 1 | GOLD COAST CAR ... | GOLD COAST CA |
| 2214492-201... | 2648891 | 64939 | 4 | GOLD COAST MOT... | PERILLO LINCOL |
| 2214493-201... | 2648892 | 64939 | 6 | GOLD COAST MOT... | PERILLO BMW IN |
| 2214494-201... | 2648893 | 64939 | 7 | GOLD COAST MOT... | Perillo Collision ( |
| 2363462-201... | 2648894 | 64939 | 8 | GOLD COAST MOT... | PERILLO ROLL R( |

Showing all rows

© 2020 City of Chicago