Conversation with Mahreen Hussain

**MH** Message received from Mahreen Hussain 4/6/2023 11:49:23 AM

Hello Eydie
This is Mahreen Mikes wife and i am ready to tell judge truth before his decision , I told lawer  Justin and he has left a voice mail and email to court and i also called alberta3124355862  and left a voicemail. Now hopefully someone rely soon.

**MH** Message received from Mahreen Hussain 4/6/2023 11:49:40 AM

Hello Eydie
This is Mahreen Mikes wife and i am ready to tell judge truth before his decision , I told lawer  Justin and he has left a voice mail and email to court and i also called alberta3124355862  and left a voicemail. Now hopefully someone rely soon.

Message sent 4/6/2023 11:50:41 AM

I sincerely appreciate that. Luckily the a r d c case was decided in my favor

**MH** Message received from Mahreen Hussain 4/6/2023 11:50:59 AM

I am glad

Message sent 4/6/2023 11:51:28 AM

Me too. I hope you are doing OK and safe

Message sent 4/6/2023 11:51:41 AM

Was Mike ever arrested?

**MH** Message received from Mahreen Hussain 4/6/2023 11:51:47 AM

And i will tell court that you find out that there is something wrong. And contacted me

**MH** Message received from Mahreen Hussain 4/6/2023 11:51:53 AM

Yes

Message sent 4/6/2023 11:52:06 AM

Wow

**MH** Message received from Mahreen Hussain 4/6/2023 11:52:08 AM

He has 13 years of record

**MH** Message received from Mahreen Hussain 4/6/2023 11:52:26 AM

Florida 1983 -1995

**MH** Message received from Mahreen Hussain 4/6/2023 11:52:36 AM

When i was 7 years

Message sent 4/6/2023 11:52:42 AM

I don't understand

Message sent 4/6/2023 11:52:53 AM

He has a criminal record for thirteen years of criminal activity?

**MH** Message received from Mahreen Hussain 4/6/2023 11:52:56 AM

My criminal lawer told me

**MH** Message received from Mahreen Hussain 4/6/2023 11:53:07 AM

Yes

**MH** Message received from Mahreen Hussain 4/6/2023 11:53:15 AM

Liked "He has a criminal record for thirteen years of cri…"

Message sent 4/6/2023 11:53:23 AM

Wow.

**MH** Message received from Mahreen Hussain 4/6/2023 11:53:23 AM

1983-1995

Message sent 4/6/2023 11:53:35 AM

So scary

Message sent 4/6/2023 11:53:43 AM

You didn't even know who you were married to

Message received from Mahreen Hussain 4/6/2023 11:53:53 AM



Yes

Message received from Mahreen Hussain 4/6/2023 11:54:09 AM

After all this he changed his name

Message sent 4/6/2023 11:54:23 AM

Unbelievable. He is a very evil person and I am glad that you are away from him.

Message received from Mahreen Hussain 4/6/2023 11:54:23 AM



And studied law

Message received from Mahreen Hussain 4/6/2023 11:55:00 AM

I am still in his house but i dont have any other option

Message received from Mahreen Hussain 4/6/2023 11:55:14 AM

There are no more hearings

Message sent 4/6/2023 11:55:21 AM

Crazy. So a sociopath. I hope you've got an order of protection

Message received from Mahreen Hussain 4/6/2023 11:55:25 AM



I have to tell the court truth

Message sent 4/6/2023 11:56:06 AM

Yes. He may get thrown in jail for that because everything he said was perjury

Message received from Mahreen Hussain 4/6/2023 11:57:04 AM







Message received from Mahreen Hussain 4/6/2023 11:57:04 AM







Message received from Mahreen Hussain 4/6/2023 11:57:17 AM



This also came for Mike

Message received from Mahreen Hussain 4/6/2023 11:58:13 AM



There is a arrest warrent for domestic violence but He is out of town so. Police can't arrest him

Message sent 4/6/2023 11:58:47 AM

I sm stunned

Message sent 4/6/2023 11:59:32 AM

Did you send mike the letter from the department of justice questis jamarc I wonder if they know where he is

Message received from Mahreen Hussain 4/6/2023 11:59:48 AM

**MH** Yes i did

Message received from Mahreen Hussain 4/6/2023 12:00:11 PM

**MH** And  they already know where he is

Message sent 4/6/2023 12:01:09 PM

Well if he is convicted he will be going to jail for a long time especially with his prior record.

Message received from Mahreen Hussain 4/6/2023 12:01:09 PM

**MH** I am contacting alberta since 9:00am but her phone is on voicemail

Message sent 4/6/2023 12:01:30 PM

Is that the judge's assistant?

Message received from Mahreen Hussain 4/6/2023 12:01:40 PM

**MH** Yes

Message received from Mahreen Hussain 4/6/2023 12:01:55 PM

**MH** You gave me her number

Message received from Mahreen Hussain 4/6/2023 12:02:02 PM

**MH** Alberta roan

Message sent 4/6/2023 12:02:18 PM

Okay. Yes.

Message sent 4/6/2023 12:03:21 PM

Just out of curiosity what was mike's original name. I found mizra and figured Mike was his nickname

Message received from Mahreen Hussain 4/6/2023 12:04:36 PM



He goes by Mike Reazuddin
Mirza Reazuddin
And Micheal Reazuddin

Message sent 4/6/2023 12:05:15 PM

Message received from Mahreen Hussain 4/6/2023 12:05:35 PM



Before Mirza Riaz Uddin

Message sent 4/6/2023 12:27:36 PM

Oh wow! Crazy

---

4/14/2023

---

Message received from Mahreen Hussain 4/14/2023 6:47:03 PM



Hello Eydie how are you
If you have some time. Let me know I will call you
Otherwise I can text you

Message received from Mahreen Hussain 4/14/2023 6:47:08 PM



Let me know

Message received from Mahreen Hussain 4/14/2023 6:47:29 PM



It's regarding gold cost case

Message sent 4/14/2023 6:48:09 PM

You can call me

Message received from Mahreen Hussain 4/14/2023 6:48:35 PM



Ok thank you

---

4/25/2023

---

Message received from Mahreen Hussain 4/25/2023 1:00:49 PM



Hello Eydie
Mike has been arrested today but IRS

Message received from Mahreen Hussain 4/25/2023 1:01:02 PM



By IRS

Message sent 4/25/2023 2:16:14 PM

Wow. I wonder if they will let him out on bond.

Message received from Mahreen Hussain 4/25/2023 2:24:37 PM





UNITED STATES OF AMERICA:

File No. A26 035 04

In the Matter of  Mirza Riaz Uddin
701 - 34th Street North
St. Petersburg, Florida   33713
Address (number, street, city, state, and ZIP code)

UPON inquiry conducted by the Immigration and Naturalization Service, it is all

1. You are not a citizen or national of the United States;
2. You are a native of _____ India _____
   and a citizen of _____ India _____
3. You entered the United States at _____ New York, New York _____
   or about October 11, 1981;
4. You were then admitted as a nonimmigrant visito
   pleasure and were subsequently authorized to
   United States until May 10, 1982;
5. Your application for extension of temporary st
   on May 5, 1982 was denied and you were grante
   to depart from the United States;
6. You have remained in the United States beyond
   without authorization of the U.S. Immigration

Message received from Mahreen Hussain 4/25/2023 2:24:37 PM





Message received from Mahreen Hussain 4/25/2023 2:25:07 PM

It's 1982 letter , says that he has to leave usa

Message received from Mahreen Hussain 4/25/2023 2:25:30 PM

Ok check out  spelling of his name

Message received from Mahreen Hussain 4/25/2023 2:25:45 PM



After that he changed his spelling

Message sent 4/25/2023 2:26:58 PM

That is not the IRS. He is being arrested because he is not a natural citizand is not allowed to be in the united states. That is separate from an IRS investigation.

Message received from Mahreen Hussain 4/25/2023 2:30:48 PM

No irs arrested him for the letter I have send you about ppp and all

Message received from Mahreen Hussain 4/25/2023 2:31:22 PM

And this is something different about his status

Message sent 4/25/2023 2:31:34 PM

Oh wow. So now he will get deported too. Couldn't happen to a nicer guy

Message received from Mahreen Hussain 4/25/2023 2:31:40 PM

I was just sharing it with you

Message sent 4/25/2023 2:31:47 PM



Message sent 4/25/2023 2:31:47 PM



Message received from Mahreen Hussain 4/25/2023 2:32:04 PM

**MH** Liked an image

Message received from Mahreen Hussain 4/25/2023 2:32:21 PM

**MH** I just wanted to share with you

Message sent 4/25/2023 4:18:31 PM

Thanks.

Message sent 4/25/2023 4:18:41 PM

Did anything ever happen with the judge?

Message received from Mahreen Hussain 4/25/2023 4:19:28 PM

**MH** No

Message received from Mahreen Hussain 4/25/2023 4:19:56 PM

**MH** I. Just called Justin today told him the current situation.

Message received from Mahreen Hussain 4/25/2023 4:21:08 PM



He is saying I will try to end this case without involving you because he is in priaion prison now

Message sent 4/25/2023 4:21:37 PM

In prison or jail?

Message sent 4/25/2023 4:22:00 PM

When arrested you go to jail but when convicted you go to prison

Message received from Mahreen Hussain 4/25/2023 4:45:14 PM



I don't know about that

Message received from Mahreen Hussain 4/25/2023 4:46:05 PM



He was arrested today and IRs will bring him here in Kansas City because case is filled here

Message received from Mahreen Hussain 4/25/2023 4:46:18 PM

That's all I know

Message sent 4/25/2023 4:46:26 PM

Where was he when he was arrested?

Message sent 4/25/2023 4:46:40 PM

Georgia?

Message received from Mahreen Hussain 4/25/2023 4:46:51 PM



In Atlanta. You

Message received from Mahreen Hussain 4/25/2023 4:46:54 PM



House

Message received from Mahreen Hussain 4/25/2023 4:47:01 PM



Yes Georgia

Message sent 4/25/2023 4:47:08 PM

Got it

Message sent 4/25/2023 4:47:19 PM

Well hopefully they will not let him out on bond

Message received from Mahreen Hussain 4/25/2023 4:47:32 PM





Message received from Mahreen Hussain 4/25/2023 4:47:32 PM





Message received from Mahreen Hussain 4/25/2023 4:47:44 PM

This much politics came

Message sent 4/25/2023 4:48:33 PM

Wow! Were you there at the time or did you just get the ring door bell recording?

Message sent 4/25/2023 4:48:43 PM

Did he actually open the door?

Message received from Mahreen Hussain 4/25/2023 4:49:16 PM

I am in Kansas City

Message received from Mahreen Hussain 4/25/2023 4:49:16 PM

I am in Kansas City

Message received from Mahreen Hussain 4/25/2023 4:49:19 PM

I saw it on ring

Message sent 4/25/2023 4:52:29 PM

Now this is what I call entertainment! Please share the videos. Did you actually see him get arrested?

 Message received from Mahreen Hussain 4/25/2023 4:55:30 PM

No i ddnt

 Message received from Mahreen Hussain 4/25/2023 4:56:44 PM

Did you see so many. Cops. In car. And they way they are banging the door

Message sent 4/25/2023 4:57:24 PM

Yes. Hopefully they did catch him

 Message received from Mahreen Hussain 4/25/2023 4:57:53 PM

The officer called me and they caught him

 Message received from Mahreen Hussain 4/25/2023 4:58:07 PM

He was hiding inside

4/28/2023

 Message received from Mahreen Hussain 4/28/2023 4:08:31 PM

https://www.kttn.com/man-from-georgia-indicted-in-missouri-for-800000-covid-fraud-scheme/

Message received from Mahreen Hussain 4/28/2023 4:08:46 PM

https://www.bizjournals.com/kansascity/news/2023/04/28/ppp-loan-fraud-indictment-reazuddin-grandview.html

Message received from Mahreen Hussain 4/28/2023 4:09:07 PM

https://www.justice.gov/usao-wdmo/pr/former-overland-park-man-indicted-800000-covid-fraud-scheme

Message received from Mahreen Hussain 4/28/2023 4:10:02 PM

If u type his name on google , there are many articles regarding him



Message sent 4/28/2023 4:16:12 PM

Oh wow

Message sent 4/28/2023 4:16:30 PM

How he thought he would get away with that is beyond me

Message received from Mahreen Hussain 4/28/2023 4:17:00 PM

Dear it's actually more then 800 thousand

Message received from Mahreen Hussain 4/28/2023 4:17:35 PM

He took 200 and 60 thousand dollars ▇▇▇▇▇▇▇

Message sent 4/28/2023 4:17:37 PM

Unbelievable

———————— 5/4/2023 ————————

Message received from Mahreen Hussain 5/4/2023 3:05:20 PM

Hello  Eydie how are you

Message received from Mahreen Hussain 5/4/2023 3:06:01 PM





Message received from Mahreen Hussain 5/4/2023 3:06:01 PM



Do you know her , she is also Jewish

Message received from Mahreen Hussain 5/4/2023 3:06:01 PM





Do you know her , she is also Jewish

Message received from Mahreen Hussain 5/4/2023 3:06:21 PM



I. Am trying to contact her to take my case

Message sent 5/4/2023 3:08:29 PM

No. I do not know her. I am doing well. how are you?

Message sent 5/4/2023 3:08:44 PM

The d o j published an article about mike's arrest

Message received from Mahreen Hussain 5/4/2023 3:09:00 PM



I am ok ,

Message received from Mahreen Hussain 5/4/2023 3:09:14 PM



Can you send me the link please

Message sent 5/4/2023 3:09:30 PM

Sure. One sec

Message sent 5/4/2023 3:10:18 PM

Western District of Missouri | Former Overland Park Man Indicted for $800,000 COVID Fraud Scheme | United States Department of Justice https://www.justice.gov/usao-wdmo/pr/former-overland-park-man-indicted-800000-covid-fraud-scheme

Message received from Mahreen Hussain 5/4/2023 3:10:28 PM

MH

I just want some better attorney for my divorce case

Message received from Mahreen Hussain 5/4/2023 3:11:20 PM

MH

That's really sad

Message sent 5/4/2023 3:11:34 PM

 ?I am so glad that you took action to protect yourself.

Message sent 5/4/2023 3:12:00 PM



Message received from Mahreen Hussain 5/4/2023 3:12:21 PM

MH

Message received from Mahreen Hussain 5/4/2023 3:12:58 PM

MH

Message sent 5/4/2023 3:13:37 PM



Message received from Mahreen Hussain 5/4/2023 3:14:05 PM

MH

Please if you know some sensible divorce attorney in my area Then please let me know

Message received from Mahreen Hussain 5/4/2023 3:14:48 PM

MH



Message sent 5/4/2023 3:15:08 PM

Thank goodness

Message sent 5/4/2023 3:15:23 PM

I do not know any divorce attorneys But you can call the local bar association for referrals

 Message received from Mahreen Hussain 5/4/2023 3:16:01 PM

Ok thank you

Message sent 5/4/2023 3:17:25 PM

No problem

 Message received from Mahreen Hussain 5/4/2023 3:17:33 PM

In the article it says that he took more then 800 thousand which is not correct
He took more then 1 million

 Message received from Mahreen Hussain 5/4/2023 3:17:51 PM



Message sent 5/4/2023 3:17:59 PM

Wow. Unbelievable.

Message received from Mahreen Hussain 5/4/2023 3:18:07 PM



Message sent 5/4/2023 3:18:38 PM



Message sent 5/4/2023 3:18:53 PM



 Message received from Mahreen Hussain 5/4/2023 3:18:53 PM



Message received from Mahreen Hussain 5/15/2023 7:18:25 PM

**MH**

Hello eydie how are you

Message received from Mahreen Hussain 5/15/2023 7:18:52 PM

**MH**

I want to take your advice , can I call you

Message sent 5/15/2023 7:19:18 PM

Sure

Message received from Mahreen Hussain 5/15/2023 7:19:30 PM

**MH**

Thank you

5/16/2023

Message received from Mahreen Hussain 5/16/2023 9:15:51 PM

**MH**

Hello eydie how are you
My attorney told me that his hearing is on 2 august

Message received from Mahreen Hussain 5/16/2023 9:16:18 PM

**MH**

Till then  he is in detention center

5/17/2023

Message sent 5/17/2023 10:09:08 AM

That is good. At least you know you are safe until then

Message received from Mahreen Hussain 5/17/2023 10:11:35 AM

**MH**

Yes

5/18/2023

Message sent 5/18/2023 5:51:04 AM

Edit, Sign and Share PDF files on the go. Get Acrobat Reader for mobile:
https://adobeacrobat.app.link/o0SiKn1MPxb

Message sent 5/18/2023 5:58:32 AM

https://acrobat.adobe.com/link/review?uri=urn:aaid:scds:US:1b73ed28-8b81-3d95-b07b-5571d2fc0d89

Message received from Mahreen Hussain 5/18/2023 7:55:51 AM

Omg you finally found it

Message received from Mahreen Hussain 5/18/2023 7:56:03 AM

Let me print it and read

Message received from Mahreen Hussain 5/18/2023 8:07:48 AM

I wonder they ddnt find about his immigration status

Message sent 5/18/2023 8:20:58 AM

I am not sure.

Message received from Mahreen Hussain 5/18/2023 8:22:10 AM

Thank you eydie for sharing

Message sent 5/18/2023 8:22:35 AM

You're welcome

Message received from Mahreen Hussain 5/18/2023 8:52:40 AM

I have put another charge on holing which is criminal death threat (feliony)
Case number 23DV582

Message sent 5/18/2023 8:52:47 AM

Driving, can't text.
Sent from MY ROGUE

Message received from Mahreen Hussain 5/18/2023 8:54:03 AM

Ok

Message received from Mahreen Hussain 5/18/2023 5:12:56 PM

That's what I told police too

Message received from Mahreen Hussain 5/18/2023 5:13:10 PM





Message received from Mahreen Hussain 5/18/2023 5:13:10 PM



And that is the truth

Message received from Mahreen Hussain 5/18/2023 5:13:37 PM



So how come they can write that I am in dating relationship

Message sent 5/18/2023 5:14:16 PM

They do not yet know if you are married.. Obviously they do not know a lot of things such as

Message sent 5/18/2023 5:14:50 PM

Message received from Mahreen Hussain 5/18/2023 5:15:03 PM



I told the police that I am his wife

Message received from Mahreen Hussain 5/18/2023 5:15:30 PM

 

Message received from Mahreen Hussain 5/18/2023 5:16:23 PM



I have put another charge on holing which is criminal death threat (feliony)
Case number 23DV582

Message received from Mahreen Hussain 5/18/2023 5:16:38 PM

I have filed this too

Message sent 5/18/2023 5:17:10 PM

I think that is part of your divorce case so it is not a criminal charge.

Message received from Mahreen Hussain 5/18/2023 5:17:19 PM

Sorry spelling mistake

Message received from Mahreen Hussain 5/18/2023 5:17:33 PM

No. That is separate

Message received from Mahreen Hussain 5/18/2023 5:18:02 PM

I have given police recording of death threat

Message received from Mahreen Hussain 5/18/2023 5:18:16 PM

It is felony

Message sent 5/18/2023 5:19:08 PM

Wow. That is amazing that you thought to record it. That is probably why he
was denied bond because the indictment from the Georgia case said he
was a threat to the safety of others. Then they found out about the p p p
fraud and they transferred him to kansas.

Message received from Mahreen Hussain 5/18/2023 5:19:55 PM



Message received from Mahreen Hussain 5/18/2023 5:20:30 PM

Liked "Wow. That is amazing that you thought to record it..."

Message received from Mahreen Hussain 5/18/2023 5:21:45 PM

Mike keeps on Changing his statements that is why I thought I should record , but then he started threatening us

Message received from Mahreen Hussain 5/18/2023 5:22:00 PM

Making gun sounds from mouth

Message received from Mahreen Hussain 5/18/2023 5:22:26 PM

Saying that he hasAk47 and he will kill us all

Message received from Mahreen Hussain 5/18/2023 5:22:28 PM

Lol

Message received from Mahreen Hussain 5/18/2023 5:22:46 PM

Police has  his voice recorded

Message received from Mahreen Hussain 5/18/2023 5:23:07 PM

Making hun sounds from mout

**MH** Message received from Mahreen Hussain 5/18/2023 5:23:26 PM

Like a crazy scary person

**MH** Message received from Mahreen Hussain 5/18/2023 5:23:46 PM

My whole family is scared of him

Message sent 5/18/2023 5:29:20 PM

I am so glad you got out when you did. I saw that he was pure evil and it's scared me.

**MH** Message received from Mahreen Hussain 5/18/2023 5:30:44 PM

I know

**MH** Message received from Mahreen Hussain 5/18/2023 5:30:56 PM

He is scary

Message sent 5/18/2023 5:31:25 PM

You are free now and I pray that everything will go okay and you ▓▓▓▓ ▓▓▓▓▓▓▓▓ if you ever need a friend. I am here we should be really proud of yourself and your courage.

**MH** Message received from Mahreen Hussain 5/18/2023 5:38:07 PM

Thank you very much eydie

Message sent 5/18/2023 5:38:58 PM

You're welcome

**MH** Message received from Mahreen Hussain 5/18/2023 5:39:13 PM

Thank you for always encouraging me and helping me

**MH** Message received from Mahreen Hussain 5/18/2023 5:39:40 PM

You are a very good human being

Message sent 5/18/2023 5:50:10 PM

You are too. You deserve so much better and you will find that



Message received from Mahreen Hussain 5/18/2023 5:51:31 PM

I found you as a friend and now whenever I come to chicago , I will meet you

Message sent 5/18/2023 5:54:05 PM

Yes. And you always have a place to stay!

Message received from Mahreen Hussain 5/18/2023 6:01:00 PM



Thank you

5/19/2023

Message received from Mahreen Hussain 5/19/2023 5:17:05 PM

Hello. Eydie
Just asking you , if you allow can I give your. Number to my divorce attorney
Susan Saper Galamba , she was looking into.  That case , she is v  good
person and I don't want her to talk to Justin ,
She ( Susan ) is very helpful and caring person like you
God  has send 2 angles for my help   ( you and Susan)

Message received from Mahreen Hussain 5/19/2023 5:17:20 PM

And both of you Are Jewish

Message received from Mahreen Hussain 5/19/2023 5:17:52 PM

Let me know if you allow me then I will share your number

Message received from Mahreen Hussain 5/19/2023 5:33:42 PM

She won't mention your name anywhere

Message sent 5/19/2023 5:39:41 PM

Sure

Message received from Mahreen Hussain 5/19/2023 5:40:14 PM

Thank you dear

Message received from Mahreen Hussain 5/19/2023 5:40:55 PM

By the way I saw replies of mike Reazuddin  on your google review

Message received from Mahreen Hussain 5/19/2023 5:41:04 PM



Well said.

Message sent 5/19/2023 5:43:54 PM

Haha. He was able to get my phone to stop ringing for 3 months. But then I made a real effort to get more reviews from clients. Now he is buried and if anybody reads it, they will see that he's the idiot.

Message received from Mahreen Hussain 5/19/2023 5:46:27 PM



Liked "Haha. He was able to get my phone to stop ringing …"

5/20/2023

Message received from Mahreen Hussain 5/20/2023 7:09:59 PM



I was looking for your picture on internet

Message received from Mahreen Hussain 5/20/2023 7:10:03 PM



Message sent 5/20/2023 7:11:16 PM

That is not me. That is my friend Gretchen. I am to the left of her with Brown hair at the time. I have sense type my hair blind to hide my Gray hair LOL.

Message received from Mahreen Hussain 5/20/2023 7:12:19 PM

MH

Can you send me a clear picture of you

Message received from Mahreen Hussain 5/20/2023 7:12:47 PM

MH

And I will send you mine. And I have lots of gray hair

Message sent 5/20/2023 7:13:15 PM



Message sent 5/20/2023 7:13:29 PM

My hair's curly sometimes I wear it straight.

Message received from Mahreen Hussain 5/20/2023 7:14:06 PM

MH

You have lovely hair

Message sent 5/20/2023 7:14:31 PM

Thank you!

Message received from Mahreen Hussain 5/20/2023 7:14:38 PM





With root touchup

Message received from Mahreen Hussain 5/20/2023 7:14:40 PM



I have frizzy and wavy hair so I blow dry then sponge roolers

Message received from Mahreen Hussain 5/20/2023 7:15:21 PM





With root touchup

Message received from Mahreen Hussain 5/20/2023 7:15:27 PM



I I love your hair

Message sent 5/20/2023 7:15:34 PM

So prettyi wish I had your thick hair!.

Message sent 5/20/2023 7:16:01 PM

Thanks. It got curly when I got older. Sometimes that happens with the change of hormones I have heard.

Message received from Mahreen Hussain 5/20/2023 7:16:10 PM

No dear I have lost more then half of hair

Message received from Mahreen Hussain 5/20/2023 7:16:23 PM

Its blow dry and styling

Message sent 5/20/2023 7:16:51 PM

I did that for years and I am so glad that my hair is curly now so most the time I don't have to do anything but put some. Goop in it and go

**MH** Message received from Mahreen Hussain 5/20/2023 7:17:07 PM

Yes. And with medicines and. Climate too

**MH** Message received from Mahreen Hussain 5/20/2023 7:17:26 PM

Liked "I did that for years and I am so glad that my hair…"

Message sent 5/20/2023 7:17:29 PM

Oh wow. I never knew about the medicine doing that.

Message sent 5/20/2023 7:18:05 PM

My hair was completely straight when I was younger and got curly in my 50s. I just turned 57 but people say I do not look that old...

**MH** Message received from Mahreen Hussain 5/20/2023 7:18:44 PM

No I mean when I had malenjitus and that time I was on heavy medication so my hair became more curly

**MH** Message received from Mahreen Hussain 5/20/2023 7:19:12 PM

Omg nooooo

**MH** Message received from Mahreen Hussain 5/20/2023 7:19:26 PM

You don't look like 57

**MH** Message received from Mahreen Hussain 5/20/2023 7:19:45 PM

You look. Like in mid 40s

Message sent 5/20/2023 7:20:07 PM

Yes.that is what everybody tells me. I told bank housekeeper my age the other day and she was stunned because she thought I was her age which is 42.

MH

Message received from Mahreen Hussain 5/20/2023 7:20:51 PM

Liked "Yes.that is what everybody tells me. I told bank h..."

Message sent 5/20/2023 7:21:02 PM

Good genes but I am starting to show some wrinkles

MH

Message received from Mahreen Hussain 5/20/2023 7:21:48 PM

I had bacterial malenjitus in 2011 and I was in coma. After that I have lost almost all hair then when they grew back they became. More. Curly

MH

Message received from Mahreen Hussain 5/20/2023 7:22:12 PM

Dear you can go for Botox

MH

Message received from Mahreen Hussain 5/20/2023 7:23:00 PM

You can earn that in 1/2 day lol

MH

Message received from Mahreen Hussain 5/20/2023 7:24:09 PM

Do u have any picture in your court room dress

Message sent 5/20/2023 7:25:08 PM

on my website. We just wear business suits.

Message sent 5/20/2023 7:25:21 PM

Www.ervjd.com

Message received from Mahreen Hussain 5/20/2023 7:27:32 PM





This

Message received from Mahreen Hussain 5/20/2023 7:28:37 PM



You are Ms vanderbosch
Or Ms glass man

Message sent 5/20/2023 7:29:57 PM

I am Glassman but my business is still Vanderbosch because it was too hard to change the business name back to my maiden name after my divorce.

Message received from Mahreen Hussain 5/20/2023 7:30:19 PM



You are prettiest lawer

Message sent 5/20/2023 7:30:33 PM

Awhhh. Thank you.

Message received from Mahreen Hussain 5/20/2023 7:30:55 PM

Oh was he a mad man

Message sent 5/20/2023 7:31:08 PM

Have you heard from him at all or do you have a restraining order?

Message received from Mahreen Hussain 5/20/2023 7:31:13 PM

**MH** I mean who can leave such a pretty lady

Message received from Mahreen Hussain 5/20/2023 7:31:39 PM

**MH** I haven't heard of him

Message sent 5/20/2023 7:31:59 PM

[redacted]

Message received from Mahreen Hussain 5/20/2023 7:32:12 PM

**MH** [redacted]

Message sent 5/20/2023 7:32:23 PM

[redacted]

Message received from Mahreen Hussain 5/20/2023 7:32:36 PM

**MH** Omg

Message sent 5/20/2023 7:32:38 PM

If I were you I would take all of mike's possession and sell them lol

Message sent 5/20/2023 7:32:44 PM

He will not need his stuff in prison

Message received from Mahreen Hussain 5/20/2023 7:32:45 PM

**MH** That's sad

Message received from Mahreen Hussain 5/20/2023 7:33:02 PM

**MH** Lol

Message received from Mahreen Hussain 5/20/2023 7:33:22 PM

**MH** I will update you after my meeting

Message sent 5/20/2023 7:33:26 PM

Talk to your divorce lawyer first but seriously.

Message received from Mahreen Hussain 5/20/2023 7:33:44 PM

**MH**

If he comes out from prison ,

Message sent 5/20/2023 7:34:05 PM

I am hoping for the best.. ███████████████████████

Message sent 5/20/2023 7:34:20 PM

Is Michael a US citizen?

Message sent 5/20/2023 7:34:37 PM

Hes going to prison for a long time... no doubt.

Message received from Mahreen Hussain 5/20/2023 7:34:47 PM

**MH**

She said he needs to pay IRs and I don't know who else

Message received from Mahreen Hussain 5/20/2023 7:35:31 PM

**MH**

I am not sure about his citizenship

Message received from Mahreen Hussain 5/20/2023 7:35:44 PM

**MH**

I have never seen his passport

Message sent 5/20/2023 7:36:07 PM

Well hopefully they will deport him after he serves his sentence.

Message received from Mahreen Hussain 5/20/2023 7:36:46 PM





Message received from Mahreen Hussain 5/20/2023 7:37:28 PM



I don't know what federal limits apply means

Message received from Mahreen Hussain 5/20/2023 7:37:36 PM







Message sent 5/20/2023 7:38:08 PM

So strange. I've never seen that before which makes me think he may not be as citizen.

Message received from Mahreen Hussain 5/20/2023 7:38:49 PM

MH

UNITED STATES OF AMERICA                                File No. A26 035 04
In the Matter of      Mirza Kiaz Uddin
701 - 34th Street North
St. Petersburg, Florida     33713
Address (number, street, city, state, and ZIP code)

UPON inquiry conducted by the Immigration and Naturalization Service, it is alle

1. You are not a citizen or national of the United States;
2. You are a native of _____ India
   and a citizen of _____ India
3. You entered the United States _____ New York, New York
   or about  October 11, 1981;
4. You were then admitted as a nonimmigrant visit
   pleasure and were subsequently authorized to
   United States until May 10, 1982;
5. Your application for extension of temporary s
   on May 5  1982 was denied and you were grant
   to depart from the United States;
6. You have remained in the United States beyond

Message received from Mahreen Hussain 5/20/2023 7:38:52 PM

MH

If u can see these documents

Message received from Mahreen Hussain 5/20/2023 7:39:00 PM

MH

I found them

Message received from Mahreen Hussain 5/20/2023 7:39:28 PM

MH

They say that mike has to leave usa in 1983 cr 84

Message sent 5/20/2023 7:39:39 PM

That is probably why he changed his name.

Message received from Mahreen Hussain 5/20/2023 7:39:57 PM

MH

Wait

Message received from Mahreen Hussain 5/20/2023 7:42:21 PM

MH

I have send u an email

Message received from Mahreen Hussain 5/20/2023 7:42:52 PM

MH

The file was not going on sms

Message received from Mahreen Hussain 5/20/2023 7:43:22 PM



You see the email , that is why Mike changed his name

Message sent 5/20/2023 7:43:39 PM



Message received from Mahreen Hussain 5/20/2023 7:44:36 PM

Oh my god

Message received from Mahreen Hussain 5/20/2023 7:44:53 PM

I ddnt knew this

Message received from Mahreen Hussain 5/20/2023 7:45:03 PM

And I trusted him

Message received from Mahreen Hussain 5/20/2023 7:45:11 PM

On his words

Message received from Mahreen Hussain 5/20/2023 7:45:21 PM

That he is citizen

Message sent 5/20/2023 7:45:23 PM

Well the good news is he committed a felony and he is not a citizen so he will be deported.

Message received from Mahreen Hussain 5/20/2023 7:45:51 PM

**MH**

Did u saw the email

Message sent 5/20/2023 7:45:59 PM

It had not come through

Message sent 5/20/2023 7:46:19 PM

What email address did you use?

Message received from Mahreen Hussain 5/20/2023 7:46:31 PM

**MH**

Are you on whats app or signal

Message received from Mahreen Hussain 5/20/2023 7:46:43 PM

**MH**

It's mike criminal record

Message sent 5/20/2023 7:47:01 PM

What's app yes. I am unsignal too but I don't have it downloaded to my phone.

Message received from Mahreen Hussain 5/20/2023 7:47:06 PM

**MH**

13 years of criminal record

Message received from Mahreen Hussain 5/20/2023 7:48:22 PM

**MH**

Email is gone from here

Message received from Mahreen Hussain 5/20/2023 7:48:40 PM

**MH**

I have send on your outlook and other email

Message sent 5/20/2023 7:48:55 PM

Okay. One sec

**MH** Message received from Mahreen Hussain 5/20/2023 7:49:12 PM

Let me know

**MH** Message received from Mahreen Hussain 5/20/2023 7:50:02 PM

There was record. With his 3 names

**MH** Message received from Mahreen Hussain 5/20/2023 7:50:19 PM

Mirza Riaz Uddin

Message sent 5/20/2023 7:50:20 PM

Oh my goodness. He is a ▆▆▆▆▆ too.

Message sent 5/20/2023 7:50:38 PM

Evil to the core

**MH** Message received from Mahreen Hussain 5/20/2023 7:51:04 PM

His ex wife said that it was just a blame on him

**MH** Message received from Mahreen Hussain 5/20/2023 7:51:38 PM

He was not paying them on time so they have put blame on him

Message sent 5/20/2023 7:52:01 PM

That is pretty extreme. ▆▆▆▆▆▆▆▆▆▆

**MH** Message received from Mahreen Hussain 5/20/2023 7:52:32 PM

Can you believe it , when I got married to him , my family and i ddnt knew about his past

**MH** Message received from Mahreen Hussain 5/20/2023 7:53:05 PM

And no one can find out because he had changed his name

**MH** Message received from Mahreen Hussain 5/20/2023 7:53:49 PM

Hqhahaha and you were his attorney once

Message sent 5/20/2023 7:53:51 PM

be glad you found out when you did. It could have been a lot worse and he could have killed you.

Message received from Mahreen Hussain 5/20/2023 7:53:54 PM

MH

Hahahaha

Message sent 5/20/2023 7:54:28 PM

He came across as such a sweet person. Complete sociopath.

Message sent 5/20/2023 7:54:42 PM

very clever and cunning.

Message received from Mahreen Hussain 5/20/2023 7:55:07 PM

MH

Exactly no one can. Imagine

Message sent 5/20/2023 7:55:15 PM

If he fooled me, he can fool anybody.

Message received from Mahreen Hussain 5/20/2023 7:55:31 PM

MH

Yes

Message sent 5/20/2023 7:55:31 PM

I can usually smell a rat a million miles away

Message received from Mahreen Hussain 5/20/2023 7:56:04 PM

MH

And you were the one who found out about his creepy lies

Message sent 5/20/2023 7:56:39 PM

Yes. I am sorry that it caused so much chaos in your life. But I am glad that you are safe now.

Message sent 5/20/2023 7:56:52 PM

**MH** Message received from Mahreen Hussain 5/20/2023 7:57:15 PM

You are right

**MH** Message received from Mahreen Hussain 5/20/2023 7:57:35 PM

I wouldn't have known anything

Message sent 5/20/2023 7:58:01 PM

I am glad he cannot hurt anybody any more.

**MH** Message received from Mahreen Hussain 5/20/2023 7:58:19 PM

Hopefully

Message sent 5/20/2023 7:59:04 PM

I wonder if the US attorney knows his real name And other crimes

**MH** Message received from Mahreen Hussain 5/20/2023 8:00:14 PM

�these told me that they will find out all his records when they do his biometric

**MH** Message received from Mahreen Hussain 5/20/2023 8:00:25 PM

Finger prints

**MH** Message received from Mahreen Hussain 5/20/2023 8:00:55 PM

He can change his name but he can't change his fingers

**MH** Message received from Mahreen Hussain 5/20/2023 8:01:04 PM

Lets see on Monday

Message sent 5/20/2023 8:01.08 PM

Oh wow. I didn't even think about that.

Message sent 5/20/2023 8:01:23 PM

I wish you the best of luck with everything.

**MH** Message received from Mahreen Hussain 5/20/2023 8:01:42 PM

Thank you dear

Message received from Mahreen Hussain 5/20/2023 8:01:57 PM

 And same to you

Message sent 5/20/2023 8:02:05 PM

You're welcome

Message sent 5/20/2023 8:02:14 PM

Message received from Mahreen Hussain 5/20/2023 8:02:17 PM

Loved "You're welcome"

Message received from Mahreen Hussain 5/20/2023 8:02:51 PM

Both Jewish girls. Are angels for me

Message received from Mahreen Hussain 5/20/2023 8:02:59 PM

You and Susan

Message received from Manreen Hussain 5/20/2023 8:03:08 PM

My divorce attorney

Message sent 5/20/2023 8:03:40 PM

I am really glad to hear that and that is the way. It should be. We are cousins and descendants of Abraham.

Message received from Manreen Hussain 5/20/2023 8:04:17 PM

Loved "I am really glad to hear that and that is the way...."

5/22 2023

Message received from Mahreen Hussain 5/22/2023 7:15:24 PM

This is 10 page document

Message received from Mahreen Hussain 5/22/2023 7:15:36 PM





Hello eydie how are you , ▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆ and she gave me this charge sheet regarding mike

Message received from Mahreen Hussain 5/22/2023 7:15:38 PM

Should I send here or email

Message received from Mahreen Hussain 5/22/2023 7:15:43 PM

Or leave it

Message sent 5/22/2023 7:16:47 PM

This is fine but I will have to look at it later because i have a deadline. I am fighting tonight.

Message received from Mahreen Hussain 5/22/2023 7:17:14 PM





Message received from Mahreen Hussain 5/22/2023 7:17:17 PM





Message received from Mahreen Hussain 5/22/2023 7:17:42 PM



No issue dear

**MH** Message received from Mahreen Hussain 5/22/2023 7:17:51 PM

Wish u all the best

**MH** Message received from Mahreen Hussain 5/22/2023 7:18:25 PM

I just wanted. To share this with u
Take care and all the very best

Message sent 5/22/2023 10:13:08 PM

5/31/2023

**MH** Message received from Mahreen Hussain 5/31/2023 5:44:06 PM

Hello eydie

**MH** Message received from Mahreen Hussain 5/31/2023 5:44:14 PM

Can i call you

Message sent 5/31/2023 5:45:51 PM

at funeral/visitation this evening. Talk tomorrow?

**MH** Message received from Mahreen Hussain 5/31/2023 5:47:05 PM

Ok sure. Thank you very much , can we talk like after 6 so that my son will be home , and you can understand him more easily

Message sent 5/31/2023 5:48:22 PM

Yes, sure

**MH** Message received from Mahreen Hussain 5/31/2023 5:48:34 PM

Thank you very much

Message sent 5/31/2023 5:48:40 PM

You're welcome

**MH** Message received from Mahreen Hussain 5/31/2023 5:49:06 PM

Loved "You're welcome"

Message sent 6/1/2023 1:46:59 PM

Maureen, I forgot that I have an event this evening in the city from 6 to 8 PM so I am not available to talk. That's said since you are represented by an attorney already and I represented Michael in the past. I could not have any conversations with you regarding legal issues

MH

Message received from Mahreen Hussain 6/1/2023 1:49:17 PM

Ok

MH

Message received from Mahreen Hussain 6/1/2023 1:50:13 PM

Justin is not my attorney. He is Mikes attorney

MH

Message received from Mahreen Hussain 6/1/2023 1:50:31 PM

I never signed anything for Justin

MH

Message received from Mahreen Hussain 6/1/2023 1:52:14 PM

And Because of you I came to know about the fraud Mike has been doing with me
But that fine I can understand

MH

Message received from Mahreen Hussain 6/1/2023 1:58:12 PM

I don't wanted to discuss anything regarding mike ,
But wanted to ask you that can u represent my case ( Gold Coast) and finish it

MH

Message received from Mahreen Hussain 6/1/2023 1:58:51 PM

You. Were the one who told me the truths

MH

Message received from Mahreen Hussain 6/1/2023 1:58:58 PM

Truth

Message sent 6/1/2023 2:04:34 PM

Unfortunately, I cannot as your interests are now adverse to Mike's.



Message received from Mahreen Hussain 6/1/2023 2:09:11 PM

Oh wow. Unbelievable if my internet is. In favor of mike then someone can think



Message received from Mahreen Hussain 6/1/2023 2:09:32 PM

Wow but that's fine god will help me

Message sent 6/1/2023 3:14:06 PM

No doubt!

10/18/2023



Message received from Mahreen Hussain 10/18/2023 2:57:33 PM

https://www.icloud.com/notes/037mUMN3kNNzDJJfFj4PNKHEA

Message sent 10/18/2023 2:58:14 PM

Thank you!



Message received from Mahreen Hussain 10/18/2023 2:58:26 PM



2:57

← Search

November 1, 2022 at 12:08 PM

I talked with officer Terah Stevens Badge number 1040 The case number is 2022-022282 She said you need to get to the overland Park police station to speak with her if you can today, if he has committed fraud and domestic violence like we discussed and they will arrest him they will also help you get the cats out of the house but you need to get to them first. After he is arrested, you can file for an order of protection.

This was the msg you send me on 1 st November ,

Message sent 10/18/2023 3:02:23 PM

Got it! Thank you Mahreen. I really appreciate it.

Message received from Mahreen Hussain 10/18/2023 3:02:30 PM



On October 27 th you send me this voice note stating that you wanted to talk

Message received from Mahreen Hussain 10/18/2023 3:02:58 PM

Message sent 10/18/2023 3:03:20 PM

Got it.

Message received from Mahreen Hussain 10/18/2023 3:06:05 PM

i am with you

Message sent 10/18/2023 3:07:17 PM

Message sent 10/18/2023 3:08:51 PM

I cannot open the icloud note for some reason. is that the same note you sent after the link?

Message received from Mahreen Hussain 10/18/2023 3:11:51 PM

Yes

Message received from Mahreen Hussain 10/18/2023 3:12:03 PM

I have send you screenshots

Message received from Mahreen Hussain 10/18/2023 3:12:22 PM

With the name of police officer and case no

Message sent 10/18/2023 3:48:35 PM

Thanks!

Message received from Mahreen Hussain 10/18/2023 4:06:22 PM





Message received from Mahreen Hussain 10/18/2023 4:06:41 PM

**MH**

This is the call log from t mobile

Message sent 10/18/2023 4:07:25 PM

Thank you!

Message received from Mahreen Hussain 10/18/2023 4:07:29 PM

**MH**

On 5 th December
There is a call from lawer Justin before I called 911

Message received from Mahreen Hussain 10/18/2023 4:07:43 PM

**MH**

Mike was forcing me to lie

Message received from Mahreen Hussain 10/18/2023 4:08:01 PM

**MH**

If u need anything please let me know

Message received from Mahreen Hussain 10/18/2023 4:09:01 PM

**MH**

And please do send me email what we discussed on phone , so that I can.

Message sent 10/18/2023 4:09:11 PM

Got it. Thank you Mahreen. So Justin did not know that you, we're lying, correct?

Message sent 10/18/2023 4:10:01 PM

I told him that you had never signed my engagement agreement. So why he continued the case is beyond me? Why he was not sanctioned is also beyond me.



Message received from Mahreen Hussain 10/18/2023 4:15:05 PM

I don't understand Justin ,
I told him everything. ,I told him that I did not sign anything  but still he was with mike

Message sent 10/18/2023 4:33:00 PM

Got it.



Message received from Mahreen Hussain 10/18/2023 4:35:16 PM

He continued the case because of money ,